1  David M. Given (State Bar No. 142375)
    dmg@phillaw.com
2  PHILLIPS, ERLEWINE & GIVEN LLP
   50 California Street, 35th Floor
3  San Francisco, CA   94111
   Tel: 415-398-0900
4  Fax: 415-398-0911

5  Attorneys for Plaintiffs

6

7                 UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10 LUCASFILM LTD., a California              Case No: CV-10-03632-CRB
   corporation, LUCASFILM
11 ENTERTAINMENT COMPANY LTD., a
   California corporation,                   **STIPULATION RE:  INJUNCTION
12                                           AND JUDGMENT**
13              Plaintiffs,
                                             Judge:  Hon. Charles R. Breyer
14 vs.                                       Dept:  Courtroom 8, 19th Floor

15 JEDI MIND, INC., a Nevada corporation,
16 and BRENT FOUCH, an individual,

17              Defendants.

18

19

20       WHEREAS, plaintiffs Lucasfilm Ltd. and Lucasfilm Entertainment Company Ltd.

21 (collectively, "Lucasfilm") filed a complaint against defendants Jedi Mind, Inc. and Brent Fouch

22 on August 17, 2010 (collectively, "defendants"):

23       Pursuant to a Settlement Agreement, Lucasfilm and defendants stipulate (themselves or

24 through their respective counsel) to the [PROPOSED] PERMANENT INJUNCTION attached

25 hereto as Exhibit 1 and to the [PROPOSED] JUDGMENT attached hereto as Exhibit 2.

26

27

28

PHILLIPS, ERLEWINE & GIVEN, LLP
One Embarcadero Center, Suite 2350
San Francisco, CA  94111
(415) 398-0900

                                      1
                STIPULATION RE:  INJUNCTION AND JUDGMENT

1    SO STIPULATED.

2    Dated: August 23, 2010                PHILLIPS, ERLEWINE & GIVEN LLP

3

4                                          By_____/s/_____
                                              David M. Given
5                                             Attorneys for Plaintiffs
                                              LUCASFILM LTD. and
6                                             LUCASFILM ENTERTAINMENT
                                              COMPANY LTD.
7

8
     Dated: August 23, 2010                DANE CHARLES BUTZER, ESQ.
9

10

11                                         By_____/s/_____
                                              Dane Charles Butzer
12                                            Attorney for Defendants
                                              JEDI MIND, INC. and
13                                            BRENT FOUCH

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="text-align:left; transform: rotate(-90deg)">PHILLIPS, ERLEWINE & GIVEN, LLP
One Embarcadero Center, Suite 2350
San Francisco, CA  94111
(415) 398-0900</div>

2

STIPULATION RE:  INJUNCTION AND JUDGMENT